GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South
Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
Christian@gabroy.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA LIENAU, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GAMING PARTNERS, LLC, a domestic limited-liability company; NEVADA GAMING PARTNERS MANAGEMENT, LLC, a domestic limited-liability company; NEVADA GAMING PARTNERS MANAGEMENT II, LLC, a domestic limited-liability company; MANAGED BUSINESS SERVICES, INC., a domestic corporation; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-01818-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

　　　COMES NOW the parties, by and through their respective counsel of record, pursuant to Local Rule 16-6(d) hereby agree and stipulate as follows:

　　　The parties seek to continue the Early Neutral Evaluation of the above-entitled matter set for September 15, 2016.  Plaintiff's counsel is unavailable on September 15, 2016, as he will be out of the jurisdiction from September 10, 2016 to September 22, 2016.  Plaintiff and Defendants do not anticipate any unavailability between September 22, 2016 and October 15, 2016.

　　　The parties additionally agree that Dora Lane, one of the counsel for Defendants need not attend the Early Neutral Evaluation and that Defendants may be represented

by their counsel Calder Huntington.

It is therefore requested that this Court continue the Early Neutral Evaluation to a date after September 22, 2016 that is convenient to the Court.

IT IS HEREBY STIPULATED

DATED this 25th day of August 2016.                    DATED this 25th day of August 2016

GABROY LAW OFFICES                                     HOLLAND & HART, LLP

By: ___/s/_Christian Gabroy_____                   By: _/s/ Calder Huntington_____
Christian Gabroy, Esq.                                 Dora V. Lane, Esq.(#8424)
170 South Green Valley Parkway                         R. Calder Huntington, Esq. (#11996)
Suite 280                                              9555 Hillwood Drive, 2nd Floor
Henderson, NV 89012                                    Las Vegas, NV 89134
Tel: (702) 259-7777                                    Tel: (702) 669-4600
Fax: (702) 259-7704                                    Fax: (702) 669-4650
*Attorney for Plaintiff*                               *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** that the Early Neutral Evaluation be continued to __September 23,__ 2016, at the hour of 9:30 a.m. and that Dora Lane is not required to attend on behalf of Defendants. In preparation for the Early Neutral Evaluation, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review one week prior to the date of the continued Early Neutral Evaluation, pursuant to parameters stated within the Early Neutral Evaluation Order. ECF No. 11.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __September 6, 2016_____