# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIA LIENAU,                                )
                   Plaintiff(s),    )     Case No. 2:16-cv-01818-RFB-NJK
                             )
vs.                                          )     ORDER
                             )
NEVADA GAMING PARTNERS, LLC, et al.,         )
                 Defendant(s).    )

Pending before the Court is a notice of bankruptcy filed by one of the defendants, including a statement that this case should be stayed as related to that defendant.  Docket No. 23.  The parties shall file, no later than October 24, 2016, a joint status report as to whether the case should be stayed in its entirety or whether it should proceed against the other defendants.

IT IS SO ORDERED.

DATED: October 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge