Dora V. Lane, Esq.
Nevada Bar No. 8424
R. Calder Huntington, Esq.
Nevada Bar No. 11996
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2508
Fax: (702) 823-0335
dlane@hollandhart.com
rchuntington@hollandhart.com
*Attorneys For Defendants,*
*Nevada Gaming Partners, LLC,*
*Nevada Gaming Partners Management, LLC,*
*Nevada Gaming Partners Management II, LLC and*
*Managed Business Services, Inc.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA LIENAU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA GAMING PARTNERS, LLC, a domestic limited-liability company; NEVADA GAMING PARTNERS MANAGEMENT, LLC, a domestic limited-liability company; NEVADA GAMING PARTNERS MANAGEMENT II, LLC, a domestic limited-liability company; MANAGED BUSINESS SERVICES, INC., a domestic corporation; EMPLOYEE(S)/ AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | CASE NO.: **2:16-cv-01818-RFB-NJK**<br><br>**STIPULATION AND ORDER TO DISMISS** |

    Plaintiff Maria Lienau ("Ms. Lienau" or "Plaintiff") and Defendants Nevada Gaming Partners, LLC; Nevada Gaming Partners Management, LLC; Nevada Gaming Partners Management II, LLC; and Managed Business Services (jointly, "Defendants") hereby stipulate to voluntary dismissal with prejudice of each of the claims in the above captioned case pursuant to

///

///

1

9195721_1

1. Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees and costs.

2.

3. RESPECTFULLY SUBMITTED.

4. DATED this 25th day of October, 2016

| HOLLAND & HART LLP | GABROY LAW OFFICES |
|---|---|
| /s/ R. Calder Huntington | /s/ [signature] |
| Dora V. Lane | Christian Gabroy, Esq. |
| Nevada Bar No. 8424 | Oscar Peralta, Esq. |
| R. Calder Huntington, Esq. | The District at Green Valley Ranch |
| Nevada Bar No. 11996 | 170 South Green Valley Parkway, Ste. 280 |
| 9555 Hillwood Drive, 2nd Floor | Henderson, NV 89012 |
| Las Vegas, NV 89134 | |
| *Attorneys For Defendants,* | *Attorneys for Plaintiff,* |
| *Nevada Gaming Partners, LLC,* | *Maria Lienau* |
| *Nevada Gaming Partners Management, LLC,* | |
| *Nevada Gaming Partners Management II, LLC* | |
| *and Managed Business Services, Inc.* | |

**IT IS SO ORDERED.**

DATED this  1st  day of  November , 2016.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

9195721_1